Exhibit "1"



# MIAMI RIVER TOWING COMPANY, INC

3038 NW North River Drive
Suite 140
MIAMI, FL 33142

# INVOICE

| Date | Number |
|---|---|
| 11/7/2017 | 018 |

**Bill To**

STELLA LINE LLC
3201 NW 24th Street Road
Miami, FL 33142

| P.O. N° | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUTBOUND SERVICE<br>TUESDAY 07th<br>VESSEL : M/V ARESSA<br>TIME : 23:59 HRS<br>P-12 to BERTH | 2,700.00 | 2,700.00 |
| 1 | Fuel Surcharge | 340.00 | 340.00 |
| 1 | Biscayne Bay Pilots | 606.79 | 606.79 |
|  | BANK DETAILS : OCEAN BANK - 200 S.E. FIRST STREET - MIAMI, FL 33131<br>N° : 2503072805 - ABA : 066011392 - SWIFT : OCBKUS3M |  |  |

Thank you for your business.

**Total** $3,646.79



# MIAMI RIVER TOWING COMPANY, INC

3038 NW North River Drive
Suite 140
MIAMI, FL 33142

# INVOICE

| Date | Number |
|---|---|
| 11/28/2017 | 021 |

**Bill To**

STELLA LINE LLC
3201 NW 24th Street Road
Miami, FL 33142

| P.O. N° | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | INBOUND SERVICE<br>TUESDAY 28th<br>VESSEL : M/V ARESSA<br>TIME : 21:00 HRS<br>P-12 to BERTH | 2,700.00 | 2,700.00 |
| 1 | Fuel Surcharge | 340.00 | 340.00 |
| 1 | Biscayne Bay Pilots | 606.79 | 606.79 |
|  | BANK DETAILS : OCEAN BANK - 200 S.E. FIRST STREET - MIAMI, FL 33131<br>N° : 2503072805 - ABA : 066011392 - SWIFT : OCBKUS3M |  |  |

Thank you for your business.

| | Total | $3,646.79 |
|---|---|---|



# MIAMI RIVER TOWING COMPANY, INC

3038 NW North River Drive
Suite 140
MIAMI, FL 33142

# INVOICE

| Date | Number |
|---|---|
| 12/5/2017 | 023 |

**Bill To**

STELLA LINE LLC
3201 NW 24th Street Road
Miami, FL 33142

| P.O. N° | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUTBOUND SERVICE<br>TUESDAY 05th<br>VESSEL : M/V ARESSA<br>TIME : 23:00 HRS<br>P-12 to BERTH | 2,700.00 | 2,700.00 |
| 1 | Fuel Surcharge | 340.00 | 340.00 |
| 1 | Biscayne Bay Pilots Inv 270690 (12/05/17) | 606.79 | 606.79 |
|  | BANK DETAILS : OCEAN BANK - 200 S.E. FIRST STREET - MIAMI, FL 33131<br>N° : 2503072805 - ABA : 066011392 - SWIFT : OCBKUS3M |  |  |

Thank you for your business.

**Total** $3,646.79



# MIAMI RIVER TOWING COMPANY, INC

3038 NW North River Drive
Suite 140
MIAMI, FL 33142

# INVOICE

| Date | Number |
|---|---|
| 12/7/2017 | 024 |

**Bill To**

STELLA LINE LLC
3201 NW 24th Street Road
Miami, FL 33142

| P.O. N° | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | INSUFFICIENT FUNDS // Ch/1302 DEC072017 // INV # 014 | 12.00 | 12.00 |
|  | BANK DETAILS : OCEAN BANK - 200 S.E. FIRST STREET - MIAMI, FL 33131 |  |  |
|  | N° : 2503072805 - ABA : 066011392 - SWIFT : OCBKUS3M |  |  |

Thank you for your business.

**Total** $12.00



# MIAMI RIVER TOWING COMPANY, INC

3038 NW North River Drive
Suite 140
MIAMI, FL 33142

# INVOICE

| Date | Number |
|---|---|
| 2/4/2018 | 027 |

**Bill To**

STELLA LINE LLC
3201 NW 24th Street Road
Miami, FL 33142

| P.O. N° | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | INBOUND SERVICE<br>SUNDAY 04th<br>VESSEL : M/V ARESSA<br>TIME : 11:00 HRS<br>P-12 to BERTH | 2,700.00 | 2,700.00 |
| 1 | Fuel Surcharge | 340.00 | 340.00 |
| 1 | Biscayne Bay Pilots Inv  (02/04/18) | 606.79 | 606.79 |
|  | BANK DETAILS : OCEAN BANK - 200 S.E. FIRST STREET - MIAMI, FL 33131<br>N° : 2503072805 - ABA : 066011392 - SWIFT : OCBKUS3M |  |  |

Thank you for your business.

| | Total | $3,646.79 |
|---|---|---|